UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LUIS C. MOLINA, *individually and on behalf of others similarly situated*,

                                    Plaintiff,

-v-

MASTIHA CORP. *d/b/a Stage Door Deli*, GEORGE CHRITIS, *and* GUSTAVO ROSARIO,

                                    Defendants.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/25/18

No. 17-cv-5939 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    The Court held a hearing today at which the individual Defendants appeared and indicated that they intend to litigate this case or, more likely, seek settlement. After the hearing, each individual Defendant filed a notice of appearance to proceed *pro se*. (Doc. Nos. 35, 36.) Accordingly, and in light of the Second Circuit's strong preference for adjudication of cases on the merits, *see Pecarsky v. Galaxiworld.com Ltd.*, 249 F.3d 167, 174 (2d Cir. 2001), the Court will not enter default judgment against them. However, as the Court previously explained, because corporations may not proceed without representation by counsel, the *corporate* Defendant remains in default, and a judgment as to liability is issued against it. (*See* Doc. Nos. 30, 33.) As discussed on the record at the hearing, the Court will refer this case to Magistrate Judge Gorenstein for settlement, discovery, and an inquest on damages as to the corporate Defendant. IT IS FURTHER ORDERED THAT, by April 26, 2018, the parties shall file a joint letter on the Court's electronic court filing system (ECF), with a courtesy copy to the chambers e-mail address (sullivannysdchambers@nysd.uscourts.gov), apprising the Court of the status of this case.

The Clerk of Court is respectfully directed to mail a copy of this order to Defendants and to update the docket to reflect that the Court granted attorney Evangelos Michailidis's motion to withdraw as counsel for Defendants (*see* Doc. Nos. 24, 30).

SO ORDERED.

Dated:     March 23, 2018
              New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE