UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



LUIS C. MOLINA, *individually and on behalf of others similarly situated*,

                    Plaintiff,

-v-

MASTIHA CORP. *d/b/a Stage Door Deli*, GEORGE CHRITIS, *and* GUSTAVO ROSARIO,

                    Defendants.

No. 17-cv-5939 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    On August 7, 2018, the Court held a fairness hearing on the proposed settlement in this case (Doc. No. 50-1). *See Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199, 206 (2d Cir. 2015). As set forth on the record at the fairness hearing, the Court found that the settlement was fair and reasonable, particularly in light of Plaintiff's range of possible recovery, the seriousness of the litigation risks faced by the parties – including the risk that Plaintiff would be unable to recover anything because of Defendants' bankruptcy – and the fact that the settlement was the product of arm's-length bargaining in front of Judge Gorenstein without the possibility of fraud or collusion. *See Wolinsky v. Scholastic Inc.*, 900 F. Supp. 2d 332, 335–37 (S.D.N.Y. 2012). In addition, the Court found the attorney's fees and costs of one third of the value of the net settlement agreement to be fair and reasonable. Accordingly, IT IS HEREBY ORDERED THAT the settlement is approved. The Court retains jurisdiction to enforce the settlement agreement. *See Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 381 (1994). The Clerk of Court is respectfully requested to mail a copy of this order to Defendants and to close this case.

SO ORDERED.

Dated:    August 7, 2018
           New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE